IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MUIR<br><br>Defendant. | Case №: 2:25-cr-00177 DC<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named defendant seeks appointment of counsel for a petition to violate supervised release. The defendant has not yet appeared in our court but has completed a financial affidavit. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Long is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 26, 2026.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

_____
Dena Coggins
United States District Judge

ORDER APPOINTING COUNSEL                    1